**Benjamin L. DOYLE, Sr., Plaintiff–Appellant,**

v.

**Judge HENDING; Halifax County District Attorney's Office; Halifax County Superior Court; State of North Carolina, Defendants–Appellees.**

No. 15–6923.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 3, 2015.

Decided: Dec. 14, 2015.

Benjamin L. Doyle, Sr., Appellant Pro Se.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin L. Doyle, Sr., appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint pursuant to 28 U.S.C. § 1915(g) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Doyle v. Hending,* No. 5:15–ct–03081–FL (E.D.N.C. May 10, 2015). We deny Doyle's motion to be heard and his motions for a complete and full discovery of all evidence. We dispense with oral

argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*